UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 3 0 2013
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>MARCELO ZAVALA-MENERA,<br>aka: Ivan Guado<br>　　　　　　　　Defendant. | CASE NO. 13cr0001-AJB<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

**X**　of the offense(s) as charged in the Indictment/Information:

　　　8:1326(a) and (b) - Removed Alien Found in the United States

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/30/2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　William McCurine, Jr.
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge